# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145234

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v                                                    SC: 145234
                                                     COA: 308583
                                                     Kent CC: 07-006211-FC
JOSEPH RYAN CARLSON,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s1015

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012 _____     _____
                                                           Clerk